■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR JORGE, Appellant. [825 NYS2d 177]—Judgment, Supreme Court, Bronx County (John S. Moore, J.), rendered on or about February 23, 2004, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.